IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JENNIFER RAMIREZ,<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMUNITY HOSPICES OF AMERICA, L.L.C., a foreign Limited Liability Company, d/b/a HOSPICE COMPASSUS – NORTHWEST ILLINOIS; COMMUNITY HOSPICE OF AMERICA; FC COMPASSUS LLC; COMPASSUS HOSPICE; COMPASSUS HOSPICE PALLIATIVE CARE; COMPASSUS; HOSPICE COMPASSUS; COMPASSUS HOSPICE & PALLIATIVE CARE; and KARA SEARS,**<br><br>**Defendants.** | Case No. 4:19-cv-04051-SLD-JEH<br><br>Judge Jonathan E. Hawley |

**DEFENDANT FC COMPASSUS, LLC'S MOTION TO REMAND**

Defendant, FC Compassus, LLC d/b/a Compassus Hospice & Palliative Care ("Compassus"),[1] through its undersigned counsel, move pursuant to 28 U.S.C. § 1447 to remand this case to the Fourteenth Judicial Circuit, Rock Island County, Illinois. In support of this motion, Defendant states as follows:

---

[1] FC Compassus, LLC d/b/a Compassus Hospice & Palliative Care, is improperly named as Community Hospices of America, L.L.C., a foreign Limited Liability Company, d/b/a Hospice Compassus – Northwest Illinois; Community Hospice of America; FC Compassus LLC; Compassus Hospice; Compassus Hospice Palliative Care; Compassus; Hospice Compassus; Compassus Hospice & Palliative Care in Plaintiff's Complaint.  At all relevant times, Plaintiff was employed by FC Compassus, LLC d/b/a Compassus Hospice & Palliative Care.

1. On or about February 1, 2019, Plaintiff Jennifer Ramirez commenced this action by filing the Complaint in the Circuit Court of the Fourteenth Judicial Circuit of Rock Island County, Illinois.

2. On February 8, 2019, Compassus was served with the Complaint and Summons.

3. On March 8, 2019, Compassus timely removed the action to this Court on the ground that this is a civil action over which the Court has federal diversity jurisdiction based on 28 U.S.C. § 1332.

4. On March 11, 2019, this Court ordered Defendant to amend its Notice of Removal to identify each Defendant's members' citizenships and correct Defendant's reliance upon Plaintiff's residence to establish her citizenship. On March 25, Defendant timely filed its Amended Notice of Removal addressing the defects identified by this Court.

5. On March 26, 2019, this Court again ordered Defendant to amend its Amended Notice of Removal as it could not discern the citizenship of National Hospice Holdings Investors, LLC, Audax Private Equity Fund IV AIV, LP or Audax Private Equity Fund III, L.P. based upon the representation that each have "no members with direct ownership."

6. To expeditiously resolve the dispute with respect to the removal, Defendant requests to the remand this action to the Circuit Court of the Fourteenth Judicial Circuit of Rock Island County, Illinois without an award of fees or costs to either party.

WHEREFORE, Defendant requests that the Court remand this action to the Circuit Court of the Fourteenth Judicial Circuit of Rock Island County, Illinois without fees or costs to either party.

[Signature follows on next page]

Respectfully submitted,


By: */s/Kathryn E. Siegel*
    Attorney for Defendant

Kathryn E. Siegel
Jenna Kim
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL  60654
(312) 372-5520

Dated:  April 9, 2019

**CERTIFICATE OF SERVICE**

    I, Kathryn E. Siegel, an attorney, hereby certify that on April 9, 2019, a true and correct copy of the foregoing *Motion to Remand* was served on the attorney of record named below by U.S. Mail and via the Court's ECF system:

John F. Doak<br>
KATZ NOWINSKI P.C.<br>
1000 – 36th Avenue<br>
Moline, IL  61265-7126

                                            */s/Kathryn E. Siegel*
                                              Kathryn E. Siegel

FIRMWIDE:163673127.1 062866.1068